**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1037**

———————

JACQUELINE REID,

            Plaintiff – Appellant,

      v.

HOSPIRA, INCORPORATED,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (5:09-cv-00473-FL)

———————

Submitted:  September 29, 2011      Decided:  October 11, 2011

———————

Before KING, GREGORY, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mario White, Clinton, North Carolina, for Appellant. Phillip J.
Strach, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Raleigh,
North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Reid appeals the district court's order granting summary judgment in favor of the Appellee on Reid's claims of violations of The Family Medical Leave Act, 29 U.S.C. §§ 2601-2654 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reid v. Hospira, Inc., No. 5:09-cv-00473-FL (E.D.N.C. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED